PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
EMILY HOBBS-WRIGHT, ESQ. (*Pro Hac Vice*)
ehobbswright@hollandhart.com
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8584
Facsimile: (303) 672-6505
*Attorneys for Defendant Round Mountain Gold Corporation*

MICHAEL P. BALABAN, ESQ.
mbalaban@balaban-law.com
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Telephone: (702) 586-2964
Facsimile: (702) 586-3023
*Attorney for Plaintiff Malakai Benta*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MALAKAI BENTA,<br><br>Plaintiff,<br><br>vs.<br><br>ROUND MOUNTAIN GOLD CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 2:16-cv-02485-JAD-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

Plaintiff Malakai Benta ("Plaintiff" or "Benta") and Defendant Round Mountain Gold Corporation ("Defendant" or "RMGC"), by and through their respective counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter

///

///

///

shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this ___ day of April, 2017.

_____
PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
EMILY HOBBS-WRIGHT, ESQ. (*Pro Hac Vice*)
ehobbswright@hollandhart.com
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8584
Facsimile: (303) 672-6505
*Attorneys for Defendant Round Mountain Gold Corporation*

DATED this 3rd day of April, 2017.

_____
MICHAEL P. BALABAN, ESQ.
Nevada Bar No. 9370
mbalaban@balaban-law.com
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Telephone: (702) 586-2964
Facsimile: (702) 586-3023
*Attorney for Plaintiff Malakai Benta*

**ORDER**

Based on the parties' stipulation [18] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
April 10, 2017

9683228_1